IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARMANDO DOMINGUEZ<br>AND DIANA DOMINGUEZ<br><br>Plaintiffs,<br><br>V.<br><br>STATE FARM LLOYDS<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:15-CV-00891-B |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Armando Dominguez and Diana Dominguez and Defendant State Farm Lloyds hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiffs' claims against Defendant are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 21st day of ~~April~~ May, 2015.

Respectfully submitted,

/s/ Benjamin R. Crowell
Benjamin R. Crowell
State Bar No. 24087360

SPEIGHTS & WORRICH
1350 North Loop 1604 East, Suite 104
San Antonio, Texas 78232
Telephone: (210) 495-6789
Facsimile: (210) 495-6790
Email: bcrowell@speightsfirm.com

**COUNSEL FOR PLAINTIFFS**

and

/s/ Rhonda J. Thompson
Rhonda J. Thompson
Attorney-In-Charge
State Bar No. 24029862
Courtney C. Kasper
State Bar No. 24078771

Thompson, Coe, Cousins & Irons, LLP
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: rthompson@thompsoncoe.com
Email: ckasper@thompsoncoe.com

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 21st day of May, 2015, the foregoing pleading was delivered to the following counsel of record for Plaintiff via electronic filing and facsimile in accordance with the Rules of Civil Procedure:

Benjamin R. Crowell
SPEIGHTS & WORRICH
1350 North Loop 1604 East
Suite 104
San Antonio, Texas 78232
  *Counsel for Plaintiffs*

/s/ Rhonda J. Thompson
Rhonda J. Thompson